IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OLYMPIC AND PARALYMPIC COMMITTEE,<br><br>  Plaintiff,<br><br>v.<br><br>2/1 BOUTIQUE, et al,<br><br>  Defendants. | Civil Action No. 26-cv-172-SDG |

## ORDER

This matter comes before the Court on the Unopposed Motion To Dismiss And for Leave To Substitute Defendant filed by Plaintiff United States Olympic and Paralympic Committee ("Plaintiff"), which is unopposed and filed upon consent of the parties.

IT IS HEREBY ORDERED that:

1. Plaintiff's Unopposed Motion To Dismiss And For Leave To Substitute Defendants is GRANTED.

2. "Airbrushkidd" is substituted as Defendant No. 398 in place of NeatoShop.

3. Furthermore, the NeatoShop is hereby dismissed without prejudice from this litigation.

**SO ORDERED** this 11th day of February 2026.

                                                Steven D. Grimberg
                                 UNITED STATES DISTRICT JUDGE