## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

UNITED STATES OLYMPIC AND
PARALYMPIC COMMITTEE,

      Plaintiff,

v.

2/1 BOUTIQUE, et al.,

      Defendants.

Civil Action No. 26-cv-172-SDG

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses without prejudice all causes of action in the Complaint against the following Defendants identified in Schedule A to the Complaint:

| Defendant Seller Name | DOE No. |
| --- | --- |
| Amber Outerwear | 7 |
| Cenven | 22 |
| CreateTimedesign | 35 |
| Fusheng home decor | 53 |
| Jianrong Craft | 77 |
| ninghai's shop | 115 |
| Sisui Store | 146 |
| taikan | 151 |
| Wedare International Shop | 166 |
| DRealm | 305 |
| HNSTBTDZSWLLC | 320 |
| WynBing | 373 |
| JamY Home | 474 |

1

| lvdiandian | 476 |
| XieQiHua | 479 |
| Yin chong | 480 |

Each party shall bear their own attorney's fees and costs. Defendants have not filed an answer or a motion for summary judgment in this matter. Therefore, it is respectfully submitted that dismissal under Rule 41(a)(1)(A)(i) is appropriate.

Dated: March 25, 2026          Respectfully submitted,

*/s/ Abby M. Neu*
Abby M. Neu
Georgia Bar No. 200207
David M. Lilenfeld
Georgia Bar No. 452399
**WHITEWOOD LAW PLLC**
5555 Glenridge Connector, Suite 200
Atlanta, GA 30342
Telephone: (872) 294-3263
Email: aneu@whitewoodlaw.com

*Counsel for Plaintiff*