**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

UNITED STATES OLYMPIC AND
PARALYMPIC COMMITTEE,

      Plaintiff,

v.

2/1 BOUTIQUE, et al.,

      Defendants.

Civil Action No. 26-cv-172-SDG

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses without prejudice all causes of action in the Complaint against the following Defendants identified in Schedule A to the Complaint:

| Defendant Seller Name | DOE No. |
|---|---|
| Bestenda | 15 |
| chaseroad store | 23 |
| chengmingyuandashangmao | 299 |
| CHICHIM | 396 |
| kkami | 397 |
| Wear Hides | 460 |
| Colins | 484 |

Each party shall bear their own attorney's fees and costs. Defendants have not filed an answer or a motion for summary judgment in this matter. Therefore, it is respectfully submitted that dismissal under Rule 41(a)(1)(A)(i) is appropriate.

1

Dated: April 24, 2026                    Respectfully submitted,

                                         /s/ Abby M. Neu
                                         Abby M. Neu
                                         Georgia Bar No. 200207
                                         David M. Lilenfeld
                                         Georgia Bar No. 452399
                                         **WHITEWOOD LAW PLLC**
                                         5555 Glenridge Connector, Suite 200
                                         Atlanta, GA 30342
                                         Telephone: (872) 294-3263
                                         Email: aneu@whitewoodlaw.com

                                         *Counsel for Plaintiff*