**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

UNITED STATES OLYMPIC AND
PARALYMPIC COMMITTEE,

       Plaintiff,

v.

2/1 BOUTIQUE, et al.,

       Defendants.

Civil Action No. 26-cv-172-SDG

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses without prejudice all causes of action in the Complaint against the following Defendants identified in Schedule A to the Complaint:

| Defendant Seller Name | DOE No. |
| --- | --- |
| CBC art | 19 |
| QSjfunfg | 353 |
| CHICHIM | 396 |
| Kkami | 397 |
| Mixvessel Trade | 478 |

Each party shall bear their own attorney's fees and costs. Defendants have not filed an answer or a motion for summary judgment in this matter. Therefore, it is respectfully submitted that dismissal under Rule 41(a)(1)(A)(i) is appropriate.

1

Dated: May 4, 2026                    Respectfully submitted,

                                      */s/ Abby M. Neu*
                                      Abby M. Neu
                                      Georgia Bar No. 200207
                                      David M. Lilenfeld
                                      Georgia Bar No. 452399
                                      **WHITEWOOD LAW PLLC**
                                      5555 Glenridge Connector, Suite 200
                                      Atlanta, GA 30342
                                      Telephone: (872) 294-3263
                                      Email: aneu@whitewoodlaw.com

                                      *Counsel for Plaintiff*

2